**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cordell Glen Jones, | No. CV-23-02182-PHX-JAT |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, | |
| Respondent. | |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241. The Magistrate Judge to whom this case was assigned issued a Report and Recommendation ("R&R") recommending that the Petition be dismissed without prejudice. (Doc. 13). Neither party has objected to the R&R and the time for filing objections has run.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"); *Klamath Siskiyou Wildlands Ctr. v. U.S. Bureau of Land Mgmt.*, 589 F.3d 1027, 1032 (9th Cir. 2009) (the district court "must review de novo the portions of the

1  [Magistrate Judge's] recommendations to which the parties object."). District courts are
2  not required to conduct "any review at all . . . *of any issue* that is not the subject of an
3  objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28 U.S.C.
4  § 636(b)(1) ("the court shall make a *de novo* determination of those portions of the [report
5  and recommendation] to which objection is made.").

6      There being no objections,

7      **IT IS ORDERED** that the R&R (Doc. 13) is accepted.

8      **IT IS FURTHER ORDERED** that the Petition in this case is dismissed, without
9  prejudice, and the Clerk of the Court shall enter judgment accordingly.

10     **IT IS FINALLY ORDERED** that the Clerk of the Court shall sent a copy of this
11 Order and the Judgment to Petitioner at the address listed in the docket and the address
12 listed in the R&R. (Doc. 13 at 7).

13     Dated this 25th day of October, 2024.

James A. Teilborg
Senior United States District Judge